LAW OFFICES OF ROBERT J. HUSTON III
Robert J. Huston III, SB # 45366
10 Jetty Drive
Corona del Mar, CA 92625
Tel: (949) 230-0259 Email: bob_huston@yahoo.com

Attorney for Defendants HELEN WATKINS; REX WATKINS; WATKINS FAMILY TRUST; SOONER HOLDINGS COMPANY, LLLP; and OLD DOMINION ACCEPTANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC GROWTH, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HELEN WATKINS, an individual; REX WATKINS, an individual; HELEN WATKINS, trustee of WATKINS FAMILY TRUST; REX WATKINS, trustee of WATKINS FAMILY TRUST; SOONER HOLDINGS COMPANY, LLLP, a Nevada Limited Liability Limited Partnership; OLD DOMINION ACCEPTANCE CORPORATION, a Nevada corporation; and DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) (DIVERSITY)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendants **HELEN WATKINS** and **REX WATKINS**, individually and in their capacities as trustees of **WATKINS FAMILY TRUST**, **SOONER HOLDINGS COMPANY, LLLP** and **OLD DOMINION ACCEPTANCE CORPORATION** hereby remove to this court the state court action described below.

1. On March 3, 2017 an action was commenced in the Superior Court of the State

of California in and for the County of Los Angeles, entitled STRATEGIC GROWTH, INC., a California corporation, Plaintiff vs. HELEN WATKINS, an individual; REX WATKINS, an individual; HELEN WATKINS, trustee of WATKINS FAMILY TRUST; REX WATKINS, trustee of WATKINS FAMILY TRUST; SOONER HOLDINGS COMPANY, LLLP, a Nevada Limited Liability Limited Partnership; OLD DOMINION ACCEPTANCE CORPORATION, a Nevada close corporation; and DOES 1-50, INCLUSIVE, Defendants, as case number NC061088.

2. A copy of all pleadings, process, and orders served on these removing defendants in the state court action (the "state court file") is attached hereto as **Exhibit A**.

3. The first date upon which removing defendants received a copy of the said complaint was April 6, 2017, when said defendants were served a copy of the said complaint and a summons from the said state court.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332(a)(1) and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. §1441(a).

**The Amount in Controversy Requirement is Satisfied**

5. The Complaint seeks an order to set aside allegedly fraudulent transfers and to impose constructive trusts on assets of the named defendants up to the amount of $336,364.12 to be applied to satisfy a judgment in that amount in favor of plaintiff and against defendants Helen and Rex Watkins in their individual capacities.

**Complete Diversity Exists**

6. Strategic Growth's unverified complaint alleges that it is a California corporation with its principal place of business in Long Beach, California. In fact, the records of the California Secretary of State reflect that as of May 3, 2017 Strategic Growth, Inc. has a principal place of business in Seal Beach, California. A copy of the Business Search - Entity Detail for Strategic Growth, Inc., downloaded from the California Secretary of State's

website on May 4, 2017, together with the two most recent Statements of Information filed by Strategic Growth with the Secretary of State, each placing Strategic Growth's principal place of business at 330 Main St. #203B, Seal Beach, CA 90740 are attached hereto as **Exhibit B**.

7. Helen and Rex Watkins and their inter-vivos family trust, are, and since 2007 have been, residents of Bartlesville, Oklahoma.

8. Sooner Holdings Company, LLLP is a Limited-Liability Partnership, duly organized and existing under the laws of the State of Nevada, filed 10/22/2008 with its principal place of business in Carson City, Nevada. Sooner Holdings is not, and was not at any relevant time, a citizen of the State of California.

9. Old Dominion Acceptance Corporation is a Close Corporation, duly organized und existing under the laws of the State of Nevada, filed 10/24/2008 with its principal place of business in Carson City, Nevada. Old Dominion is not, and was not at any relevant time, a citizen of the State of California.

10. The Complaint also names Defendants Does 1-50, inclusive. Pursuant to 28 U.S.C. §1441(a), the citizenship of these defendants is disregarded.

**The Other Requirements for Removal Are Met**

11. This Notice of Removal is being filed within thirty (30) days of service on the first-served defendant. Thus, this Notice of Removal is timely filed under 28 U.S.C. §1446(b).

12. Removal to this Court is proper as the Superior Court of the State of California, County of Los Angeles, where this action was originally filed, is located within this district.

13. Counsel for removing defendants certifies that he will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, and give notice of same to counsel for plaintiff STRATEGIC GROWTH, INC.

Respectfully submitted,

DATED: May 4, 2017

LAW OFFICES OF ROBERT J. HUSTON III

By:

Robert J. Huston III, Attorney for Defendants HELEN WATKINS and REX WATKINS, WATKINS FAMILY TRUST, SOONER HOLDINGS COMPANY, LLLP and OLD DOMINION ACCEPTANCE CORPORATION

# CERTIFICATE OF SERVICE OF DOCUMENT

I am over the age of 18 and nota party to this case or adversary proceeding. My business address is:

10 Jetty Drive, Corona del Mar, CA 92625

A true and correct copy of the foregoing document entitled(specify):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) (DIVERSITY)**

will be served or was served (a) on the judge in chambers in the form and manner required by LR 5-4.5; and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**. Pursuant to controlling General Orders and LR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)
I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

2. **SERVED BY UNITED STATES MAIL**:
On May 5, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

LAW OFFICES OF MICHAEL C. HEWITT, INC., 2082 Michelson Drive, Suite 300, Irvine, CA 92612

3. **SERVED BY PERSONAL DELIVERY. OVERNIGHT MAIL. FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served**): Pursuant to F.R.Civ.P. 5 and/or controlling LR, on *(date)* *,* I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United Slates that the foregoing is true and correct.

Date: May 5, 2017 Printed Name : Robert J. Huston III Signature: /s/